No. A–944. CANNEY *v*. FLORIDA. Application for stay of execution and enforcement of judgment of the District Court of Appeal of Florida, Second District, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. A–967. SMILOW *v*. UNITED STATES. Application for injunction pending appeal to the United States Court of Appeals for the Second Circuit, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–981. NEWSPAPERS, INC., DBA AUSTIN AMERICAN-STATESMAN *v*. BLACKWELL, JUDGE. Application for stay of order of 147th Judicial District Court of Travis County, Tex., presented to MR. JUSTICE POWELL, and by him referred to the Court, denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would grant the application. THE CHIEF JUSTICE took no part in the consideration or decision of this application.*

No. 74–6358. SHINDER *v*. ESMIOL. Motion for leave to file petition for writ of certiorari denied.

No. 74–538. UNITED STATES *v*. WATSON. C. A. 9th Cir. [Certiorari granted, 420 U. S. 924.] Motion for appointment of counsel is granted, and Michael D. Nasatir, Esquire, of Beverly Hills, Cal., is appointed to serve as counsel for respondent in this case.

No. 73–1285. WOOD ET AL. *v*. STRICKLAND ET AL., 420 U. S. 308. Motion of respondents to retax costs granted and it is ordered that petitioners and respondents divide the costs equally.

---

*See also note, *supra*, p. 995.